# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2019

158116 & (43)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FATEEN ROHN MUHAMMAD,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158116
COA: 339157
Ingham CC: 13-000161-FH

On order of the Court, the application for leave to appeal the June 28, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for evidentiary hearing is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



p0225

Clerk